IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADA DENISE McKENZIE,      ) | |
| )  | |
| Petitioner,      ) | |
| )  | CIVIL ACTION NO. |
| v.      ) | 2:09cv340-MHT |
| )  | (WO) |
| UNITED STATES OF AMERICA,      ) | |
| )  | |
| Respondent.      ) | |

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a federal inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of July, 2011.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE